In the Matter of ANONYMOUS, an Applicant for Admission to the Bar of the State of New York, Appellant.

Decided October 19, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

In the Matter of BARBARA J. BRACCI, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted August 2, 2010; decided October 19, 2010

On the Court's own motion, appeal dismissed, without costs, as untimely (*see* CPLR 5513 [a]). Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for ancillary relief dismissed as academic.

---

In the Matter of CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Appellant, v ASSESSOR OF TOWN OF NEWBURGH et al., Respondents.

Submitted August 2, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).